UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

JEFFREY W. WARREN,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC

    Defendant.

Case No. 1:14-CV-890(DNH/RFT)

STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(ii)

---

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant Ocwen Loan Servicing, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
James Edward Gross, Esq.
Margaret C. Vijayan, Esq.
Law Offices of James Edward Gross
Attorneys for Plaintiff
90 State Street, Suite 700
Albany, New York 12207
(518) 591-4643

Dated: 03-11-15

_____
Jacqueline M. Muratore, Esq.
Houser & Allison, APC
Attorney for Defendant
60 East 42nd Street, Suite 1148
New York, New York 10165
(212) 490-3333

Dated: 3-16-15

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: March 18, 2015
       Utica, NY